AGRICULTURAL INSURANCE COMPANY et al., Plaintiffs, *v.* ELMHURST CONTRACTING Co., INC., Respondent, and ALAN H. BONITO & Co., INC., Impleaded Defendant-Appellant.

Submitted April 17, 1945; decided July 19, 1945.

The following questions were certified:

" 1. May the defendant, pursuant to Section 271 of the Civil Practice Act, assert alternative counterclaim, as was pleaded in its amended answer herein, against the impleaded defendant, Alan H. Bonito & Co. Inc.?

" 2. May the defendant, pursuant to Section 271 of the Civil Practice Act, assert different and distinct counterclaim, as was pleaded in its amended answer herein, against the impleaded

defendant, Alan H. Bonito & Co. Inc., from the counterclaims interposed against the plaintiffs herein?

" 3. Does counterclaim asserted by the defendant against the impleaded defendant, Alan H. Bonito & Co. Inc., in its amended answer herein, raise questions between the defendant and the plaintiffs ' along with ' the impleaded defendant, Alan H. Bonito & Co. Inc., within purview of Section 271 of the Civil Practice Act? "

*Henry H. Shepard* for appellant.

*Clarence F. Corner* and *Gilbert F. Regan* for respondent.

Order affirmed, with costs. First and third questions certified answered in the affirmative. Second question certified not answered. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.